* The Clerk shall amend the docket to reflect that Merced B. Pangelinan is a Defendant–Appellant.

**Angelito TRINIDAD; et al.,**
**Plaintiffs—Appellees,**

v.

**John S. PANGELINAN and Merced**
**B. Pangelinan,\* Defendants—**
**Appellants.**

**No. 04–15287.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.**

Decided Feb. 11, 2005.

Robert T. Torres, Saipan, MP, for Plaintiffs–Appellees.

John S. Pangelinan, Saipan, MP, pro se.

Before: FERNANDEZ, GRABER, and GOULD, Circuit Judges.

### MEMORANDUM ***

Husband and wife defendants John S. and Merced B. Pangelinan appeal pro se the district court's order denying their motion to compel an accounting, and granting plaintiffs' motion for sanctions. We have jurisdiction pursuant to 28 U.S.C § 1291. We affirm.

---

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

The Pangelinans' sole contention on appeal is that the underlying judgment in this case is void. We reject this contention because the judgment has twice been affirmed by this court. *See Trinidad v. Pangelinan*, No. 02–16013 (9th Cir. Jan. 15, 2003); *Trinidad v. Pangelinan*, Nos. 00–15697, 00–15705, 00–16630, 01–16622 (9th Cir. Mar.15, 2002).

AFFIRMED.